## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| JOHN A. STONE, | |
| JANET A. STONE, | NO. 09-45002 |
| | JUDGE: Black (Joliet) |
| DEBTOR | |

### NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP, though its counsel Fisher and Shapiro, LLC states that, as of March 14, 2011, the post-petition sums due and collectable are as follows:

| | | |
|---|---|---:|
| 01/2011 – 03/2011 monthly payments at $1,167.20 each | = $ | 3,501.60 |
| Less Suspense | =$ | (72.65) |
| TOTAL | = $ | 3,428.95 |

Respectfully submitted,

 /s/ Michael J. Kalkowski_____
Attorney for BAC Home Loans Servicing, LP FKA
Countrywide Home Loans Servicing, LP

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
09-032563

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  PLEASE BE ADVISED THAT IF YOUR PERSONAL LIABILITY FOR THIS DEBT HAS BEEN EXTINGUISHED BY A DISCHARGE IN BANKRUPTCY OR BY AN ORDER GRANTING IN REM RELIEF FROM STAY, THIS NOTICE IS PROVIDED SOLELY TO FORECLOSE THE MORTGAGE REMAINING ON YOUR PROPERTY AND IS NOT AN ATTEMPT TO COLLECT THE DISCHARGED PERSONAL OBLIGATION.**